IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT KEITH MILLER,** | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:24-00058-WS-N |
| | ) |
| **CITY OF CHICKASAW, ALABAMA,** | ) |
| *and* **BARRY BROADHEAD,** | ) |
|     Defendants. | ) |

## FIRST ORDER MODIFYING RULE 16(b) SCHEDULING ORDER

Upon due consideration, the parties' "Joint Motion to Amend Scheduling Order" filed January 28, 2025 (Doc# 21), is **GRANTED**,[1] such that the Federal Rule of Civil Procedure 16(b) Scheduling Order entered June 21, 2024 (Doc# 13), is **MODIFIED** as follows under Rule 16(b)(4):

- Section 2 ("FINAL PRETRIAL CONFERENCE & PRETRIAL DISCLOSURES") is modified to state as follows:

    "This action is set for a final pretrial conference under Fed. R. Civ. P. 16(e) before United States District Judge William H. Steele in his chambers on the 4th floor of the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602, on **JANUARY 13, 2026**, beginning at **3:00 p.m. (Central)**. *This is a firm setting and the parties are expected to be ready for trial on that date.* **A COPY OF JUDGE STEELE'S SPECIAL**

---

[1] The assigned District Judge has referred said motion to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a). *See* S.D. Ala. GenLR 72(b); (1/28/2025 electronic reference notation).

**REQUIREMENTS FOR FINAL PRETRIAL CONFERENCES IS ATTACHED. NO ADDITIONAL NOTICE REGARDING THE FINAL PRETRIAL CONFERENCE WILL BE GIVEN.**

The disclosure of information regarding the evidence that each party may present at trial as required by Fed. R. Civ. P. 26(a)(3) must be made no later than **21 days prior to the date of the final pretrial conference**."

- The first two sentences of section 3 ("TRIAL") are modified to state as follows (footnote omitted): "This action is set for a **jury** trial at the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602, during the month of **FEBRUARY 2026**, the specific date(s) to be set at the final pretrial conference, *see* § 2, *supra*. Jury selection is currently set for **FEBRUARY 3, 2026**, beginning at **8:45 A.M. (Central)**."[2]

- The first sentence of section 4 ("DISCOVERY COMPLETION") is modified to state as follows: "All discovery must be completed no later than **JUNE 13, 2025**."

- The first sentence of section 11 ("DISPOSITIVE MOTIONS") is modified to state as follows: "Motions for summary judgment and any other dispositive motions, especially those which require little or no discovery, are to be filed as soon as possible but in no event later than **JULY 11, 2025**."

- The first sentence of section 12 ("SETTLEMENT/ADR") is modified to state as

---

[2] Judge Steele's Mobile civil trial months are February, May, August, and November, with final pretrial conferences generally set the second and third Tuesdays of the month prior to the month of trial.

follows: "On or before **JUNE 20, 2025**, the parties shall confer, in ***good faith***, for the purpose of discussing settlement and shall file with the Clerk of Court a joint statement setting out the present status of settlement negotiations (without disclosing figures) and whether mediation or a settlement conference would be helpful.

**All other deadlines and provisions in the Rule 16(b) scheduling order (Doc# 13) not expressly modified by this order as stated above remain in full force.**

**DONE** and **ORDERED** this the **30th** day of **January 2025**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**