IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT KEITH MILLER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: 1:24-cv-00058-WS-N |
| v. | * | |
| | * | |
| **CITY OF CHICKASAW, ALABAMA** | * | |
| **and** | * | |
| **BARRY BROADHEAD, in his individual** | * | |
| **and official capacity as Mayor of the** | * | |
| **City of Chickasaw,** | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF DEPOSITIONS**

**TO:**   Thomas O. Gaillard, III, Esq.
Jan McElroy, Court Reporter

**DEPONENTS:**   Nash Campbell
Jennifer White

**DATES:**   Wednesday, October 1, 2025
Thursday, October 2, 2025

**TIME:**   Campbell:   9:30 a.m. on 10/01/2025
White:   9:30 a.m. on 10/02/2025

**LOCATION:**   Law Office of Helmsing, Leach, Herlong, Newman & Rouse, P.C.
150 Government Street, Suite 2000
Mobile, Alabama 36602
251-432-5521

Please take notice that Plaintiff's counsel will take the deposition of the above-named deponents as set out upon oral examination pursuant to the *Federal Rules of Civil Procedure* before the identified officer, Jan McElroy, who is duly authorized to administer oaths and swear witnesses in the county and state where the depositions are to be taken. The oral examinations

1

will continue from day to day or from time to time until completed. You are invited to attend and participate if you so choose.

Respectfully submitted,

/s/    Edward L. D. Smith

_____
Attorney for Plaintiff

EDWARD L.D. SMITH
Post Office Box 1643
Mobile, Alabama 36633-1643
(251) 431-9000
edward@edwardsmithlaw.com

### CERTIFICATE OF SERVICE

I certify that on this the 25th day of September, 2025, the foregoing document was served electronically to the following counsel and a Notice of Discovery was filed with CM/ECF which will send email notification to counsel of record:

Thomas O. Gaillard, III via TOG@helmsinglaw.com

/s/    Edward L. D. Smith

_____
EDWARD L. D. SMITH